

**Law Offices
of
PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                    Fax (518) 463-4386

March 16, 2010

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York 12207

*Name and Address Required.*

RE:   Jo-Ja Construction, Ltd.
      Chapter 7 Case No. 00-13458

Dear Clerk:

*T VF 3/18/10 Rec'd*

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $469.00 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

$469.00 to-
Triple "A" Partitions, lien creditor in construction claim action v. Saratoga Springs Housing Authority. Check never cashed, Attorney Daniel Doherty has no forwarding address information.

*Original Address Needed*

Very truly yours,

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosure

*2010 MAR 18 PM 3:40 RECEIVED*

\* *Spoke to office on 3/18/10. Trustee's office to Re-submit with Required information. 3/18/10*



**Law Offices of**
# PHILIP J. DANAHER, ESQ.
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                          Fax (518) 463-4386

March 23, 2010
Via facsimile 518.257.1643

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York  12207

    RE:   *Jo-Ja Construction, Ltd.*
          *Chapter 7 Case No. 00-13458*

Dear Mr. Clerk:

In relation to the above-referenced matter, and as a follow up to my submission of $469.00 in unclaimed funds, please note that my address of record for Triple "A" Partitions is as follows:

Triple "A" Partitions
c/o Daniel Doherty, Esq.
90 State Street
Albany, NY  12207

    Thank you for your assistance in this matter.

                                 Very truly yours,

                                 Philip J. Danaher, Esq.
                                 Chapter 7 Trustee

PJD:lbd